934 A.2d 1161

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Robert Odell DAVIS, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the offenses of rape and statutory sexual assault merge for sentencing purposes.